**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
        Plaintiff,

-VS-

GORDIE BURRELL,
        Defendant
_____/

Court Number: 96-72641
Honorable: Patrick J. Duggan
Claim Number: 1996A10096

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: May 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager